[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.12-12286
Non-Argument Calendar
_____

D.C. Docket No.  1:10-cv-20196-JAL


SAMCO GLOBAL ARMS, INC.,
a Florida corporation,

Plaintiff-Appellant,

versus

REPUBLIC OF HONDURAS,
a foreign sovereign nation,
PROCURADURIA GENERAL DE LA REPUBLICA,
an agency or instrumentality of the Republic of Honduras,
PROCURADOR GENERAL OF THE REPUBLIC OF HONDURAS,
Rosa America Miranda de Galo, in her official capacity as Procurador
General of the Republic of Honduras, a foreign sovereign State,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(February 27, 2013)

Before WILSON, ANDERSON and COX, Circuit Judges.

PER CURIAM:

Samco Global Arms, Inc. appeals the district court's dismissal of this civil action for lack of jurisdiction under the Foreign Sovereign Immunities Act. We affirm.

Samco contends that the district court erred in finding that the undisputed facts alleged and the undisputed evidence in the record fail to establish jurisdiction under the Act. All of the arguments Samco makes on this appeal were presented to the district court, and addressed in the court's order and opinion granting the Defendants' motion to dismiss. (*See* Order & Opinion at Dkt. 135.) We reject Samco's arguments on appeal for the reasons stated in the district court's well-reasoned order and opinion.

AFFIRMED.